**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HISENSE USA CORPORATION, | |
| Plaintiff, | Civil Action No. 1:25-cv-11798-LTS |
| v. | JURY TRIAL DEMANDED |
| BAKER LASER TECHNOLOGY, LLC, | PATENT CASE |
| Defendant. | |

**<u>NOTICE OF APPEARANCE</u>**

Pursuant to Local Rule 83.5.2(a), John Christopher Moulder, of the law firm Perkins Coie

LLP, hereby enters his appearance in the above-captioned matter as counsel for Plaintiff Hisense

USA Corporation.

Dated: August 5, 2025                    Respectfully submitted,


By:*/s/ John Christopher Moulder*
    John Christopher Moulder (BBO #695269)
    ChrisMoulder@perkinscoie.com
    PERKINS COIE LLP
    700 Thirteenth Street, NW, Suite 800
    Washington, DC 20005-3960
    Telephone:     +1.202.654.3337

    *Counsel for Plaintiff Hisense USA*
    *Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this document has been filed on August 5, 2025, through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing

By: <u>*/s/ John Christopher Moulder*</u>
John Christopher Moulder
