# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HISENSE USA CORPORATION,<br><br>               Plaintiff,<br><br>   v.<br><br>BAKER LASER TECHNOLOGY, LLC,<br><br>               Defendant. | Civil Action No. 1:25-cv-11798-LTS<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

**[PROPOSED] SCHEDULING ORDER**

SOROKIN, D.J.

      This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

<u>Timetable for Discovery and Motion Practice</u>

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED that:

1. **Preliminary Disclosures:**

   a. **Initial Disclosures:** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) and by this Court's Notice of Scheduling Conference must be completed no later than <u>Thursday, November 6, 2025</u>.

   b. **Automatic Patent-Related Disclosures:** Pursuant to L.R. 16.6(d)(1), Patentee shall complete Automatic Patent-Related Disclosures no later than <u>Thursday, December 4, 2025</u>.

   c. **Conference Concerning Preliminary Patent Disclosures:** Pursuant to L.R. 16.6(d)(2), the Parties shall meet and confer concerning preliminary patent disclosures no later than <u>Thursday, December 29, 2025</u>.

   d. **Accused Infringer's Preliminary Disclosures and Productions:** Pursuant to L.R. 16.6(d)(4), the Accused Infringer shall complete its Preliminary Disclosures and Productions no later than <u>Thursday, January 15, 2026</u>.

2. **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed

1

after Monday, January 12, 2026.

3. **Fact Discovery – Interim Deadlines.**

   a. All requests for production of documents and interrogatories must be served by Monday, January 4, 2027, or 15 days after entry of the Court's ruling on claim construction, whichever is later.

   b. All requests for admission must be served by Monday, January 4, 2027, or 15 days after entry of the Court's ruling on claim construction, whichever is later.

   c. All depositions, other than expert depositions, must be completed by Monday, February 15, 2027, or 60 days after entry of the court's ruling on claim construction, whichever is later.

   d. **Final Fact Discovery Deadline.** Pursuant to L.R. 16.6(c)(4), all discovery, other than expert discovery, must be completed by Monday, February 15, 2027, or 60 days after entry of the court's ruling on claim construction, whichever is later.

4. **Status Conference.** A status conference will be held on a date to be determined by the Court. Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the Court upon reasonable notice to opposing counsel.

5. **Expert Discovery.**

   a. Trial experts for the party with the burden of proof must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by Monday, March 15, 2027, or 30 days after the close of fact discovery, whichever is later.

   b. Rebuttal trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by Monday, April 26, 2027, or 75 days after the close of fact discovery, whichever is later.

   c. Pursuant to L.R. 16.6(c)(4), all trial experts must be deposed by Thursday, May 13, 2027, or 90 days after the close of fact discovery, whichever is later.

   d. Final Expert Discovery Deadline: Expert discovery must be complete by Thursday, May 13, 2027, or 90 days after the close of fact discovery, whichever is later.

6. **Dispositive Motions.**

   a. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by Thursday, June 17, 2027, with the opposition due thirty days thereafter. In the case of cross-motions the deadlines and page limits for the filings other than the Plaintiff's initial motion are set forth in the Session's Standing Order on Summary Judgment

Motions unless specifically modified.

7. **Initial Pretrial Conference.** An initial pretrial conference may be held on a date to be determined by the Court. The parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(d) five business days prior to the date of the conference.

8. **Claim Construction Proceedings**

    a. **Exchange Proposed Claim Terms to be Construed:** Pursuant to L.R. 16.6(e)(1)(A), the Parties shall simultaneously exchange a list of claim terms to be construed and their proposed constructions no later than Thursday, February 5, 2026.

    b. **Conference on Proposed Claim Terms:** Pursuant to L.R. 16.6 (e)(1)(B), the Parties shall confer to see if agreement can be reached on the construction of claim terms and the number of claims to be considered no later than Thursday, February 12, 2026.

    c. **Joint Statement:** Pursuant to L.R. 16.6(e)(1)(D), the Parties shall file a joint statement of the number of claims and terms to be construed no later than Thursday, February 19, 2026.

        i. The joint statement shall include a joint claim-construction chart listing the claim terms in the order in which the Parties would like the court to construe them and noting each Party's proposed construction of each term.

    d. **Opening Claim Construction Briefs:** Pursuant to L.R. 16.6(e)(2), the Parties shall simultaneously exchange and file opening claim construction briefs no later than Thursday, March 12, 2026.

    e. **Expert Claim Construction Testimony:** Pursuant to L.R. 16.6(e)(3), any expert whose testimony is relied on by a Party to support claim construction must be made available for deposition no later than Thursday, April 2, 2026.

    f. **Responsive Briefs:** Pursuant to L.R. 16.6(e)(4), the Parties shall simultaneously exchange and file responsive claim construction briefs no later than Thursday, April 23, 2026.

    g. **Tutorials:** Pursuant to L.R. 16.6(e)(6), at the court's request, the parties may exchange and file tutorials, preferably in the form of a short video or slide presentation, at least 14 days before the claim construction hearing.

    h. **Claim Construction Hearing:** Pursuant to L.R. 16.6(c)(2), the Court shall conduct a claim construction hearing on or before Thursday, August 13, 2026.

Procedural Provisions

1. **Extension of Deadlines.** Motions to extend or modify deadlines will be granted only for good cause shown. All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete additional discovery, join other parties, amend the pleadings, or file a motion.

2. **Motions to Compel or Prevent Discovery.** Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed **no later than seven days after the close of fact discovery or the close of expert discovery,** whichever deadline is relevant. If additional discovery is compelled by the Court after the relevant deadline has passed, the Court may enter such additional orders relating to discovery as may be appropriate.

3. **Status Conferences.** The Court has scheduled a status conference after (or close to) the close of fact discovery for case management purposes. Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the Court upon reasonable notice to opposing counsel.

4. **Additional Conferences.** Upon request of counsel, or at the Court's own initiative, additional case-management or status conferences may be scheduled.

5. **Early Resolution of Issues.** The Court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel are encouraged to identify any such issues and to make appropriate motions at an early stage in the litigation.

6. **Pretrial Conference.** Lead trial counsel are required to attend any pretrial conference.

IT IS HEREBY ORDERED:

_____
United States District Judge

By: _____
    Deputy Clerk