IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HISENSE USA CORPORATION,<br><br>    Plaintiff / Counterclaim-Defendant,<br><br>v.<br><br>BAKER LASER TECHNOLOGY, LLC,<br><br>    Defendant / Counterclaim-Plaintiff. | Civil Action No. 1:25-cv-11798-LTS<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

## HISENSE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Federal Rule of Evidence 201, Plaintiff Hisense USA Corporation ("Hisense") respectfully requests that the Court take judicial notice of the following documents attached as exhibits to the Declaration of Patrick J. McKeever in support of Hisense's Rue 12(c) Motion for Judgment on the Pleadings:

1. Exhibit B is a true and correct copy of the application data sheet dated that was filed by Baker Laser with U.S. Patent Appl. No. 14/562,172 (the "'172 application") on December 5, 2014. This document is publicly available for download from the Patent Office as part of the prosecution history file for the '172 application.

2. Exhibit C is a true and correct copy of a document titled "Instructions for Application Data Sheet (ADS) 37 CFR 1.76" which indicates it was "Updated July 2014." This document was accessible to the public from a web page on the Patent Office website in December 2014 when the '373 patent's application was filed.

1

3. Exhibit D is a true and correct copy of Exhibit D is a true and correct copy of the filing receipt that was issued by the Patent Office and mailed to Baker Laser in connection with the '172 application on December 19, 2014. This document is publicly available for download from the Patent Office as part of the prosecution history file for the '172 application.

4. Exhibit E is a true and correct copy of U.S. Patent No. 7,535,436.

5. Exhibit F is a true and correct excerpt from Chapter 200 of the Ninth Edition of the Manual of Patent Examining Procedure (MPEP) which was published in March 2014. This document is available for download from the Patent Office website. *See* https://www.uspto.gov/web/offices/pac/mpep/old/mpep_E9R0.htm.

6. Exhibit G is a true and correct copy of the application data sheet that was filed by Baker Laser pertaining to the U.S. Patent Appl. No. 11/625,351 (the "'351 application) on February 4, 2007. This document is publicly available for download from the Patent Office as part of the prosecution history file for the '351 application.

**A.     Judicial Notice**

Federal Rule of Evidence 201(b) provides that "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the territorial jurisdiction of the trial court; or (2) can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." Additionally, under Rule 201, "a court may take judicial notice of 'matters of public record.'" *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) (citation omitted).

"Judicial notice is appropriate for records and 'reports of administrative bodies.'" *United States v. 14.02 Acres of Land More or Less in Fresno Cty.*, 547 F.3d 943, 955 (9th Cir. 2008) (internal citation omitted). Accordingly, courts routinely take judicial notice of patent office records such as prosecution histories in patent cases. *See, e.g., 10Tales, Inc. v. TikTok Inc.*, No.

5:21-cv-03868-VKD, 2024 WL 1446463, at *8 n.2 (N.D. Cal. Apr. 2, 2024) (taking judicial notice of prosecution history documents in granting motion for judgment on the pleadings based on patent ineligibility under Section 101); *simplehuman, LLC v. iTouchless Housewares and Prods., Inc.*, No. 19-cv-02701-HSG, 2019 WL 5963245, at *2 (N.D. Cal. Nov. 13, 2019) ("A court may also take judicial notice of the prosecution history and prior art of a patent.") (citing *Hoganas AB v. Dresser Indus., Inc.*, 9 F.3d 948, 954 n.27 (Fed. Cir. 1993)).

B.   The U.S. Patent (Ex. E)

Exhibit E is a copy of U.S. Patent No. 7,535,436 (the "'436 patent"). This document is a public record appropriate for judicial notice. *See, e.g., Roche Molecular Sys., Inc. v. Foresight Diagnostics Inc.*, No. 24-CV-03972-EKL, 2025 WL 1963092, at *1 (N.D. Cal. July 16, 2025) (taking judicial notice of patent applications and an issued U.S. patent); *see also, e.g., US Ghost Adventures, LLC v. Miss Lizzie's Coffee LLC*, No. CV 23-12116-LTS, 2023 WL 8367730, at *3 (D. Mass. Oct. 27, 2023), *aff'd*, 121 F.4th 339 (1st Cir. 2024) (taking judicial notice regarding trademarks based on USPTO's online search platform). Additionally, the '436 patent is expressly referenced in the priority claim on the cover of the '373 patent and in the first paragraph of its patent specification. See Dkt. 1-1 at cover, 1:6-12.

C.   The Prosecution History Documents (Exs. B, D, and G)

Exhibits B, D, and G are documents taken from the prosecution histories (also known as "file wrappers") of the '373 and '436 patents. These documents are part of the record of the back and forth between Baker Laser and the Patent Office regarding these patent applications. These documents are available for download from the PTO's Patent Center website (http://patentcenter.uspto.gov).

Courts routinely take judicial notice of prosecution history documents. *See Data Engine*

*Techs. LLC v. Google LLC*, 906 F.3d 999, 1008 n.2 (Fed. Cir. 2018) (holding that relevant prosecution histories are "public records" properly considered at the pleadings stage) (citing *Hockerson-Halberstadt, Inc. v. Avia Grp. Int'l, Inc.*, 222 F.3d 951, 957 (Fed. Cir. 2000)); *see also, e.g.*, *Kologik Cap., LLC v. In Force Tech., LLC*, 693 F. Supp. 3d 115, 140 (D. Mass. 2023) (taking judicial notice of prosecution history documents).

D.  **The MPEP Excerpt (Ex. F)**

Exhibit F contains the Ninth Edition of Chapter 200 from the Manual of Patent Examining Procedure (MPEP) that was published in March 2014. The MPEP is a manual published by the Patent Office for use by patent examiners and patent practitioners. The MPEP is publicly available including through the Patent Office website. Courts routinely take judicial notice of the MPEP. *Airbus S.A.S. v. Firepass Corp.*, 793 F.3d 1376, 1380 (Fed. Cir. 2015) ("Although the MPEP does not have the force of law, it is entitled to judicial notice so far as it is an official interpretation of statutes or regulations with which it is not in conflict.") (cleaned up); *see also, e.g., Lexos Media IP, LLC v. eBay Inc.*, 722 F. Supp. 3d 1042, 1050-51 (N.D. Cal. 2024) (citing *Molins PLC v. Textron, Inc.*, 48 F.3d 1172, 1180 n.10 (Fed. Cir. 1995)).

E.  **Patent Office Instructions for Completing ADS Form (Ex. C)**

Exhibit C is a document dated July 2014 that was available via the Patent Office website containing instructions for patent applicants as to how to complete the application data sheet form. This document is public record published by a government agency through a website directed to the general public. *See Pietrantoni v. Corcept Therapeutics Inc.,* 640 F. Supp. 3d 197, 204-05 (D. Mass. 2022) (taking judicial notice of public records material on FDA website); *Gustavson v. Wrigley Sales Co.*, No. 12-CV-01861-LHK, 2014 WL 60197, at *3 (N.D. Cal. Jan. 7, 2014) (taking judicial notice of FDA's guidance document because the document was available on the agency's website); *Bentley v. United of Omaha Life Ins. Co.*, No. CV157870DMGAJWX, 2016 WL

7443190, at *1 (C.D. Cal. Sept. 14, 2016) (taking judicial notice of instructions published by state insurance department on official website directed to insurance companies).

For the foregoing reasons, Hisense respectfully requests that the Court take judicial notice of Exhibits B, C, D, E, F, and G to the Declaration of Patrick J. McKeever in support of Hisense's Rule 12(c) Motion for Judgment on the Pleadings.

Dated: January 20, 2026

Respectfully submitted,

By: /s/ Patrick J. McKeever
Patrick J. McKeever (*pro hac vice*)
PMcKeever@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile: +1.858.720.5799

John Christopher Moulder (BBO #695269)
ChrisMoulder@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, NW, Suite 800
Washington, DC 20005-3960
Telephone: +1.202.654.3337

Stephen D. Riden (BBO #644451)
sriden@beckreed.com
Nicole Corvini Daly (BBO #670587)
ndaly@beckreed.com
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Telephone: +1.617.500.8660

*Attorneys for Plaintiff / Counterclaim-Defendant Hisense USA Corporation*

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(a)(2)

I certify that the parties met and conferred on January 20, 2026, and attempted in good faith to resolve or narrow the issue but could not reach an agreement.

                                    */s/ Patrick J. McKeever*
                                    Patrick J. McKeever

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 20th day of January 2026.

                                    */s/ Patrick J. McKeever*
                                    Patrick J. McKeever